WWR# 040817958 & 040817959

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – GRAND RAPIDS

In Re:

Thomas Scott Meeker,             Case No. 14-05945-swd
                                                            Chapter 13
Debtor                                           Judge Hon. Scott W. Dales

_____/

Thomas Scott Meeker,            Adversary Case No. 21-80044-swd

Plaintiff,

v.

Navient Solutions, Inc, et al.
Defendants.

_____/

## AGREED JUDGMENT ENTRY

NOW COMES Defendant, Coronado Student Loan Trust 2018-1 PSL, ("Coronado ") by and through its attorney, Monette W. Cope, and, Plaintiff, Thomas Meeker ("Plaintiff") by and through his attorney, Jeffrey D. Mapes, and hereby stipulate and agree as follows:

1.      The student loan debts due and owing by Plaintiff to Coronado are discharged pursuant to 11 U.S.C. Section 523(a)(8) of the United States Bankruptcy Code as repayment of the loans will constitute an undue hardship on the Plaintiff. The loans are identified as follows:

         a.      A note originally to Education Finance Partners, Inc. with an original principal balance of $7,420, executed on or about June 19, 2007, and with a current balance of $15,136.59.

         b.      A note originally to Education Finance Partners, Inc. with an original

principal balance of $16,650, executed on or about August 30, 2007, and with a current balance of $49,007.72.

2. This order shall have no effect on the liability of the co-signor, Cynthia J. Meeker, for repayment of the loans to Coronado.

**SO AGREED:**

By: _____
Monette W. Cope
Weltman, Weinberg & Reis Co. L.P.A.
180 N. LaSalle St. Ste. 2400
Chicago, IL 60601
312-253-9614
mcope@weltman.com
Attorney for Coronado Student Loan Trust 2018-1 PSL

By: _____
Jeffrey D. Mapes
Jeffrey D. Mapes, PLC
29 Pearl St. NW Ste. 305
Grand Rapids, MI 49503
(616) 719-3847
jeff@mapesdebt.com
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated June 21, 2021



Scott W. Dales
United States Bankruptcy Judge