Form SWD14 (01/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Thomas Scott Meeker**<br><br>　　　　　　　　　　　　　　　　　　**Debtor**<br><br>**Thomas Scott Meeker**<br><br>　　　　　　　　　　　　　　　　　　**Plaintiff**<br><br>**Navient Solutions, Inc**<br>**Loan Science, LLC**<br>**Turnstile Capital Management, LLC**<br>**National Collegiate Student Loan Trust 2004–1**<br>**National Collegiate Student Loan Trust 2005–1**<br>**National Collegiate Student Loan Trust 2005–2**<br>**National Collegiate Student Loan Trust 2006–1**<br><br>　　　　　　　　　　　　　　　　　　**Defendant** | **Case Number 14–05945–swd**<br><br>**Adv. Pro. No. 21–80044–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

**ORDER ESTABLISHING DATES FOR 7026(f) CONFERENCE, FILING DISCOVERY PLAN, AND SCHEDULING PRETRIAL CONFERENCE**

PRESENT: Honorable Scott W. Dales
Chief United States Bankruptcy Judge

An adversary proceeding having been commenced and the Court being duly advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1. Pursuant to Fed.R.Bankr.P. 7026(f), the parties shall meet in person or telephonically at least once on or before September 7, 2021 before the September 28, 2021 pretrial conference is held to discuss (a) the nature and basis of their claims and defenses; (b) the possibilities for a prompt resolution of the case; (c) what additional discovery may be needed and when discovery should be completed; and (d) to make or arrange for disclosures required by 7026(a)(1). This meeting shall be deemed the 7026(f) conference and shall satisfy all requirements for a meeting between the parties as set forth in Fed.R.Bankr.P. 7026(f). Discovery may commence prior to this meeting unless the Court, for cause orders otherwise.

2. On or before 14 days after the 7026(f) conference is held, the parties shall file with the Court a report signed by all parties outlining the discovery plan.

3. A Pretrial Conference will be held on September 28, 2021 at the United States Bankruptcy Court, One Division Ave., N., 2nd Floor, Courtroom A, Grand Rapids, MI 49503 at 11:00 AM at which the following will be considered: 1) The simplification of issues; 2) The necessity or

desirability of amendments to the pleadings; 3) The possibility of obtaining admissions of fact; 4) The exchange of exhibits and stipulations as to admissibility to avoid unnecessary proof; 5) The scope, extent and time permitted for discovery; 6) The prospects of settlement; 7) When a trial date will be set; and 8) Such other matters as may aid in the disposition of the action. The court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerks Office at the United States Bankruptcy Court located at One Division Avenue, North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676–6856 or via its web site at http://pacer.psc.uscourts.gov

IT IS SO ORDERED.

Dated:  July 28, 2021

BY THE COURT

_____
Scott W. Dales
United States Bankruptcy Judge

Forwarded to BNC for service upon interested parties: (7/28/21–tas )