UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Grand Rapids Division

| | |
|---|---|
| In re: | Bankr. Case No.: 14-05945-swd |
| THOMAS S. MEEKER, | Chapter 13 |
| Debtor. _____/ | Honorable Scott W. Dales |
| THOMAS S. MEEKER, | Adv. Proc. No.: 21-80044-swd |
| Plaintiff, v. | |
| NAVIENT SOLUTIONS, INC., LOAN SCIENCE, LLC, TURNSTILE CAPITAL MANAGEMENT, LLC, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, | |
| Defendants. _____/ | |

**NAVIENT SOLUTIONS, LLC'S DISCLOSURES PURSUANT
TO BANKRUPTCY RULE 7026 AND FED.R.CIV.P. 26(a)(1)**

Navient Solutions, LLC ("Navient"), by and through its undersigned counsel, hereby provides disclosures pursuant to Bankruptcy Rule 7026 and Fed.R.Civ.P. 26(a)(1):

26(a)(1)(A)(i) - Persons Likely to Have Discoverable Information

Thomas S. Meeker, c/o his counsel of record in this adversary proceeding.

Navient Solutions, LLC, c/o its counsel of record in this adversary proceeding.

26(a)(1)(A)(ii) – Documents

    Loan documents executed by the Plaintiff, copies in Navient's possession.
    Plaintiff's Bankruptcy petition, Schedules and Statements.
    Plaintiff's responses to Navient's discovery requests.

Any other documents as yet unknown.

26(a)(1)(A)(iii) – Damages

Not applicable.

26(a)(1)(A)(iv) – Insurance

None.

Respectfully submitted,

By:   /s/ Steven J. Cohen
Steven J. Cohen P45140
Lipson Neilson P.C.
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI  48302
Telephone:  (248) 593-5000
Fax:   (248) 593-5040
Email: SCohen@lipsonneilson.com
Attorneys for Navient Solutions, LLC

Dated: October 20, 2021