## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Grand Rapids Division

| | |
|---|---|
| In re: | Bankr. Case No.: 14-05945-swd |
| THOMAS S. MEEKER, | Chapter 13 |
| Debtor. / | Honorable Scott W. Dales |
| THOMAS S. MEEKER, | Adv. Proc. No.: 21-80044-swd |
| Plaintiff, | |
| v. | |
| NAVIENT SOLUTIONS, INC., LOAN SCIENCE, LLC, TURNSTILE CAPITAL MANAGEMENT, LLC, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, | |
| Defendants. / | |

### CERTIFICATE OF SERVICE

Steven J. Cohen certifies that on October 20, 2021, he filed Navient Solutions, LLC's Disclosures Pursuant to Bankruptcy Rule 7026 and Fed.R.Civ.P. 26(A)(1) as well as this Certificate of Service, using the ECF system which will send electronic service notification of such filing to Plaintiff's counsel and to all other counsel registered electronically.

By: */s/ Steven J. Cohen*
Steven J. Cohen P45140
Lipson Neilson P.C.
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
Telephone: (248) 593-5000
Fax: (248) 593-5040
Email: SCohen@lipsonneilson.com
Attorneys for Navient Solutions, LLC

Dated: October 20, 2021